1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: PLAINTIFF

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-10428 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Diane Y. Clay, aka Diane Y. Stern, aka Diane Yvonne Clay, | |
| Defendant | |

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Diane Y. Clay, aka Diane Y. Stern, aka Diane Yvonne Clay, in the principal amount of $7,888.27 plus interest accrued to December 11, 2012, in the sum of $11,406.47; with interest accruing thereafter at the daily rate of $1.13 until entry of judgment, administration costs in the amount of $87.00, for a total amount of $**19,381.74**.

DATED:_____     By:_____
                                  Clerk of the Court

                                  _____
                                  Deputy Clerk
                                  United States District Court